FRANK LYNWOOD GARRISON, complainant and appellant,

v.

THE TECHNIC ELECTRICAL WORKS et al., defendants and respondents.

[Filed June 23d, 1902.]

*Mr. Herbert A. Drake,* for the appellant.

*Mr. Edwin Robert Walker,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion of Vice-Chancellor Grey in the court below.   See *14 Dick. Ch. Rep. 440.*

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, COLLINS, FORT, GARRETSON, HENDRICKSON, PITNEY, BOGERT, KRUEGER, ADAMS, VREDENBURGH, VOORHEES—14.

*For reversal*—None.